DOMINGO RAMALES, Plaintiff, v PECKER IRON WORKERS OF WESTCHESTER, INC., Appellant, and CHRIST FELLOWSHIP BAPTIST CHURCH et al., Respondents. (And Third-Party Actions.)

Submitted August 18, 2014; decided September 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MANUEL REIS, Individually and as Administrator of the Estate of SARA REIS, Deceased, Respondent, v VOLVO CARS OF NORTH AMERICA et al., Appellants. (And a Third-Party Action.)

Submitted August 4, 2014; decided September 18, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 24 NY3d 35 (2014)].

FERNANDO ROMAN et al., Plaintiffs, and LIBERTY MUTUAL INSURANCE COMPANY, as Subrogee of Julia Roman, Appellant, v SILVIA B. CABRERA, Defendant, and FRANK LAWRENCE, IV, Respondent.

Submitted July 28, 2014; decided September 18, 2014

Motion, insofar as it seeks leave to appeal from the March 2014 and May 2014 Appellate Division orders, dismissed upon the ground that such orders do not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the January 2014 Appellate Division order, denied.